JONATHAN H. BLAVIN (State Bar No. 230269)
jonathan.blavin@mto.com
ELLEN M. RICHMOND (State Bar No. 277266)
ellen.richmond@mto.com
JOSHUA PATASHNIK (State Bar No. 295120)
josh.patashnik@mto.com
JOHN B. MAJOR (State Bar No. 306416)
john.major@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, Twenty-Seventh Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:   (415) 512-4077

JOHN W. SPIEGEL (State Bar No. 78935)
john.spiegel@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Plaintiff Airbnb, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| AIRBNB, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY OF ANAHEIM,<br><br>          Defendant. | Case No. 8:16-cv-1398<br><br>**DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF AIRBNB, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

I, Jonathan H. Blavin, declare as follows:

1. I am an attorney licensed in the State of California and admitted to practice before this Court. I am counsel for Plaintiff Airbnb, Inc. in the above captioned matter. I have personal knowledge of the facts set forth below, and could testify competently to those facts if called to do so.

2. Attached hereto as Exhibit A is a true and correct copy of a transcript produced at my direction by Munger, Tolles & Olson employees of a June 29, 2016 hearing of the City of Anaheim City Council. The transcript is based on video of the hearing that is publicly available online at http://anaheim.granicus.com/MediaPlayer.php?view_id=2&clip_id=1648. The relevant portions of the video are at 6:59–7:15, 19:29–20:22, and 5:04:17–5:05:04.

3. Attached hereto as Exhibit B is a true and correct copy of an article in the *Orange County Register* written by Joseph Pimentel entitled "Anaheim the Latest O.C. City to Decide the Fate of Short-Term Rentals," published on June 27, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://www.ocregister.com/articles/term-720756-city-short.html.

4. Attached hereto as Exhibit C is a true and correct copy of an article in the *Orange County Register* written by Lily Leung and Joseph Pimentel entitled "Bye-Bye Airbnbs: Short-Term Rental Owners 'Reeling' After Anaheim Says They Have to Shut Down," published on June 30, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://www.ocregister.com/articles/anaheim-721181-short-term.html.

4. Attached hereto as Exhibit D is a true and correct copy of a report produced by the City of Anaheim Planning and Building Department for the City of Anaheim City Council, dated June 29, 2016. Munger, Tolles & Olson employees working at my direction obtained a copy of this article from the following website: http://goo.gl/FmduJ6.

1
2       Executed on July 28, 2016, in San Francisco, California.
3
4
5                                         */s/ Jonathan H. Blavin*
                                          Jonathan H. Blavin
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF AIRBNB, INC.'S MOT. FOR PRELIM. INJ.