# EXHIBIT A



City of Anaheim
# OFFICE OF THE CITY ATTORNEY

August 10, 2016

Jonathan H. Blavin, Esq.  
Munger, Tolles & Olson, LLP  
560 Mission Street  
San Francisco, CA  94105

Jim Grant, Esq.  
David Wright Tremaine, LLP  
1201 Third Avenue, Suite 2200  
Seattle, WA  98101

Re:   City Ordinance No. 6374

Dear Mr. Blavin and Mr. Grant:

Thank you for your participation and input with respect to City Ordinance No. 6374.  This will confirm our conversation today, wherein I advised you that the City has completed its review of the applicable law and made an administrative determination, as provided for in Ordinance No. 6374, that, under the current state of the law, Ordinance No. 6374 does not and will not be applied to Airbnb, HomeAway or other hosting platforms.  As such, the City will not seek to enforce Ordinance No. 6374 against hosting platforms and no criminal or civil penalties will be issued against hosting platforms under the Ordinance.  As we also discussed, while the City has no plans to do so, this should not be construed to estop or otherwise prohibit the City from subsequently adopting a different ordinance that is determined to be consistent with the Communications Decency Act and any other laws deemed to be applicable to hosting platforms.

Very truly yours,

Kristin A. Pelletier, Acting City Attorney

By: _____  
Kristin A. Pelletier  
Acting City Attorney

118512